UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SERGIO RAMIREZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CLARK COUNTY, etc., *et al*., )<br>)<br>Defendant, )<br>) | 2:09-cv-098-JCM-RJJ<br><br><br>O R D E R |

This matter is before the Court on an Amended Motion to Extend Discovery Deadlines (#79).

The Court having reviewed the Amended Motion (#79) and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before September 17, 2010, Plaintiff shall file a supplement to the Amended Motion (#7). The supplement shall provide specific dates for the completion of each item of discovery including firm dates for depositions.

DATED this  13th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge