1 | DAVID ROGER
  | District Attorney
2 | State Bar No. 002781
  | **CIVIL DIVISION**
3 | **By: STEPHANIE A. BARKER**
  | Chief Deputy District Attorney
4 | State Bar No. 003176
  | 500 South Grand Central Pkwy.
5 | P. O. Box 552215
  | Las Vegas, Nevada  89155-2215
6 | Phone:  (702) 455-4761
  | Fax:      (702) 382-5178
7 | E-Mail:  Stephanie.Barker@ccdanv.com
  | *Attorneys for CLARK COUNTY*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SERGIO RAMIREZ,

        Plaintiff,

vs.

Case No: 2:09-CV-00098-JCM-RJJ

CLARK COUNTY, a County existing under the laws of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; SGT. K. WOOTEN #5922 in his individual and official capacity; SGT. D. ASPIAZU #7117, in his individual and official capacity; OFFICER D. MACARTHUR #7743, in his individual and official capacity; OFFICER O'BARR #8127, individually and in his official capacity; OFFICER R. ADAMS #8594, in his individual and official capacity; OFFICER W. HAMPSON #8125, in his individual and official capacity; OFFICER H. RODRIGUEZ #7629, in his individual and official capacity; OFFICER P. TORRES #8232, in his individual and official capacity; OFFICER J. RANGEL #6621, in his individual and official capacity; NAPHCARE, INC., an Alabama corporation qualified to do business in the State of Nevada; DARYL LAURON, MAGGIE GONZALES, DOE HEALTH CARE PROVIDERS I-X, individually believed to be employees of Naphcare, Inc.; and DOES XI-SS, inclusive,

        Defendants.

### EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS

1   COMES NOW, Defendant CLARK COUNTY, by and through its counsel STEPHANIE A.
2   BARKER, Chief Deputy District Attorney, and hereby requests removal from the CM/ECF Service
3   List and Discontinuation of Notice of Proceedings in the above-captioned matter. Defendant
4   CLARK COUNTY was dismissed from this proceeding on June 29, 2009, and it is no longer
5   necessary that counsel receive CM/ECF notice of ongoing proceedings. Accordingly, the
6   undersigned counsel requests to be removed from the CM/ECF Service list in this matter, USDC
7   Case No: 2:09-CV-00098-JCM-RJJ.

RESPECTFULLY SUBMITTED this 7th day of December, 2010.

DAVID ROGER
DISTRICT ATTORNEY

By: _____
STEPHANIE A. BARKER
Chief Deputy District Attorney
State Bar No. 003176
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
*Attorney for Defendant CLARK COUNTY*

IT IS SO ORDERED.

_____
Robert J. Johnston
UNITED STATES MAGISTRATE JUDGE
DATE: DEC. 23, 2010