UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SERGIO RAMIREZ,

        Plaintiff,

v.

CLARK COUNTY, et al.,

        Defendants.

2:09-CV-98 JCM (RJJ)

**ORDER**

Presently before the court is plaintiff Sergio Ramirez's motion in limine requesting order to transport plaintiff for trial. (Doc. #145). Defendants Las Vegas Metropolitan Police Department, et. al. have not filed an opposition.

This is a civil rights and state tort suit alleging wrongful conduct during a cell extraction. The jury trial is scheduled to begin on March 12, 2012. (Doc. #149). Plaintiff moves the court for an order mandating that the Nevada Department of Corrections transport plaintiff to the federal courthouse for the trial. Plaintiff states that his presence at trial is "necessary to effectively assist his counsel in litigating his claims before this court." (Doc. #145).

"The district court's power to issue a writ of *habeas corpus ad testificandum* to secure the testimony of a state prisoner witness is beyond dispute." *Wiggins v. County of Alameda*, 717 F.2d 466, 468 n.1 (9th Cir. 1983); *see also* 28 U.S.C. § 2241(c)(5); 28 U.S.C. § 1651(a). The determination of whether to issue a writ of *habeas corpus ad testificandum* rests within the sound

**James C. Mahan**
**U.S. District Judge**

discretion of the district court. *Maurer v. Pitchess*, 530 F. Supp. 77, 80 (C.D. Cal. 1981) *rev'd in part*, 755 F.2d 936 (9th Cir. 1985); *Cummings v. Adams*, 2006 WL 449095 (E.D. Cal. 2006).

Plaintiff's motion does not assert that he will testify at the trial, and he has not moved for a writ of *habeas corpus ad testificandum*. Therefore, the court finds that it is not appropriate to grant the instant motion.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Sergio Ramirez's motion in limine requesting order to transport plaintiff for trial (doc. #145) be, and the same hereby is, DENIED.

DATED March 6, 2012.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -