FILED ✓
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 15 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

1  **E. BRENT BRYSON, LTD.**
E. Brent Bryson, Esq.
2  Nevada Bar No. 4933
3202 W. Charleston Blvd.
3  Las Vegas, Nevada 89102
702-364-1234 Telephone
4  702-364-1442 Facsimile
ebbesqltd@yahoo.com
5
Attorneys for Plaintiff
6

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9

10 SERGIO RAMIREZ,                      )
                                        )
11            Plaintiff,                )      Case No.  2:09-cv-00098-JCM-RJJ
                                        )
12 vs.                                  )
                                        )
13 LAS VEGAS METROPOLITAN POLICE        )
   DEPARTMENT, ET AL.,                  )
14                                      )
              Defendants.               )
15 _____ )

16              **STIPULATION AND ORDER**

17        IT IS HEREBY STIPULATED between Plaintiff, Sergio Ramirez, by and through his

18 counsel, E. Brent Bryson, Esq. of the law offices of E. Brent Bryson, Ltd., and the LVMPD

19 Defendants, by and through their counsel, Craig R. Anderson, Esq. of the law offices of Marquis

20 Aurbach Coffing, that the following statement shall be read to the jury:

21        That as a result of the flash bang grenade being deployed during the cell extraction of

22 Plaintiff Ramirez, Plaintiff Ramirez suffered second degree burns and, as a result, incurred pain

23 and suffering.

24 . . .

25 . . .

26 . . .

27 . . .

28 . . .

1        If you find the LVMPD Defendants legally responsible for Plaintiff Ramirez's pain and

2   suffering, it is up to you to determine the amount of pain and suffering Plaintiff Ramirez suffered

3   based upon the evidence and testimony presented at trial.

4        DATED this ____ day of March, 2012.

5   E. BRENT BRYSON, LTD.               MARQUIS AURBACH COFFING

6

7   By /s/ E. Brent Bryson              By /s/ Craig R. Anderson
   E. BRENT BRYSON, ESQ.            CRAIG R. ANDERSON, ESQ.
   3202 W. Charleston Blvd.           10001 Park Run Drive

8      Las Vegas, Nevada 89102          Las Vegas, Nevada 89145
   Attorneys for Plaintiff              Attorneys for LVMPD Defendants

9

10

11                     **ORDER**

12       IT IS SO ORDERED this 12th day of March, 2012.

13

14

15                   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28