**Marquis Aurbach Coffing**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for LVMPD Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| SERGIO RAMIREZ, | | |
| | Ramirez, | Case No: 2:09-cv-00098-JCM (RJJ) |
| vs. | | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | | |
| | Defendants. | |

### JUDGMENT IN A CIVIL CASE

This action came before the jury for a trial by the Court. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED:

1. That Defendants Las Vegas Metropolitan Police Department, Sgt. K. Wooten, Sgt. D. Aspiazu, Officer D. MacArthur, Officer D. O'Barr, Officer R. Adams, Officer W. Hampson, Officer H. Rodriguez, Officer P. Torres, and Officer J. Rangel did not commit any acts that violated the constitutional rights of the Plaintiff.

2. That Defendants Las Vegas Metropolitan Police Department, Sgt. K. Wooten, Sgt. D. Aspiazu, Officer D. MacArthur, Officer D. O'Barr, Officer R. Adams, Officer W. Hampson, Officer H. Rodriguez, Officer P. Torres, and Officer J. Rangel did not act negligently.

/ / /

/ / /

/ / /

/ / /

M&A:05166-344 1591795_1.DOC 3/20/2012 2:23 PM

      3.     That Defendants Las Vegas Metropolitan Police Department, Sgt. K. Wooten, Sgt. D. Aspiazu, Officer D. MacArthur, Officer D. O'Barr, Officer R. Adams, Officer W. Hampson, Officer H. Rodriguez, Officer P. Torres, and Officer J. Rangel did not cause the intentional infliction of emotional distress of the Plaintiff.

      IT IS SO ORDERED this **23** day of March, 2012.

_____
United States District Court Judge

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816