```
                        FILED              RECEIVED
                        ENTERED            SERVED ON
                                COUNSEL/PARTIES OF RECORD

                              AUG 1 2 2013

                        CLERK US DISTRICT COURT
                          DISTRICT OF NEVADA
                     BY:                      DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

SERGIO RAMIREZ,

       Plaintiff(s),

vs.

LAS VEGAS METROPOLITAN POLICE DEPT et al,

       Defendant(s).

2:09-cv-098 JCM

## ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: 8/8/13

_____
U.S. DISTRICT JUDGE